IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN COLLINS<br><br>　　Plaintiff,<br><br>v.<br><br>SMARTPAY LEASING, INC.<br><br>　　Defendant. | Civil Action File No.:<br>1:16-cv-01743-AT |

NOTICE OF SETTLEMENT AS TO SMARTPAY LEASING, INC.

Plaintiff, Brian Collins, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Smartpay Leasing, Inc. ("Smartpay"). Plaintiff and Smartpay anticipate needing approximately 45 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Smartpay. Accordingly, Plaintiff respectfully submits that this obviates the need for Smartpay to file an answer, participate in the Rule 26(f) conference, or make any other Court required filings prior to dismissal.[1]

Respectfully submitted this 16th day of August, 2016,

**BERRY & ASSOCIATES**

---

[1] If, however, the settlement is not concluded within the next 45 days, Plaintiff will timely notify the Court.

*/s/ Matt Berry*
Matt Berry
Georgia Bar No.: 055663
matt@mattberry.com
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph.    404-235-3334
Fax    404-235-3333

*Plaintiff's Attorney*

CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2016, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Matt Berry*
Matt Berry
Georgia Bar No.: 055663
matt@mattberry.com

*Plaintiff's Attorney*