IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRIAN COLLINS

     Plaintiff,

v.

SMARTPAY LEASING, INC.

     Defendant.

Civil Action File No.:
1:16-cv-01743-AT

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Brian Collins, through his undersigned counsel, hereby dismisses this action with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 20th day of September, 2016,

BERRY & ASSOCIATES

*/s/ Matt Berry*
Matt Berry
Georgia Bar No.: 055663
matt@mattberry.com
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph.   404-235-3334
Fax   404-235-3333

*Plaintiff's Attorney*

CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2016, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.   I also served a copy of the foregoing document on the parties listed below via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

> Smartpay Leasing, Inc.
> c/o Michael K. Chapman
> Bedard Law Group, P.C.
> 2810 Peachtree Industrial Boulevard
> Suite D
> Duluth, GA 30097

BERRY & ASSOCIATES

*/s/ Matt Berry*
Matt Berry
Georgia Bar No.: 055663
matt@mattberry.com

*Plaintiff's Attorney*